**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1490**

_____

PATRICIA W. FROMAL,

                               Plaintiff - Appellant,

        versus

BUSCH ENTERTAINMENT CORPORATION,

                               Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Rebecca B. Smith, District Judge.  (CA-01-69-4)

_____

Submitted:  October 10, 2002        Decided:  October 16, 2002

_____

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Patricia W. Fromal, Appellant Pro Se. William Franklin Devine, Lisa Ann Bertini, Amberley Gibbs Jochens, HOFHEIMER & NUSBAUM, P.C., Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Patricia Watkins Fromal appeals from the dismissal of her personal injury claim following a jury verdict for Busch Entertainment Corporation. Fromal claimed that she was injured while disembarking from an amusement park ride at Busch Gardens.

Fromal does not suggest that the verdict of the jury was contrary to the evidence or the controlling law. Rather, she limits her appellate claims to numerous procedural issues alleging violations of due process. We have reviewed the record and find no reversible error. See generally United States v. Weaver, 282 F.3d 302, 314 (2002) (holding that claims of procedural due process are reviewed for abuse of discretion). Accordingly, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED